UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JERETH CAMACHO, derivatively on
behalf of DOW INC.,

        Plaintiff,

v.

JIM FITTERLING, KAREN S.
CARTER, JEFFREY L. TATE,
SAMUEL R. ALLEN, GAURDIE E.
BANISTER, JR., WESLEY G. BUSH,
RICHARD K. DAVIS, JERRI
DEVARD, DEBRA L. DIAL, JEFF M.
FETTIG, JACQUELINE C. HINMAN,
REBECCA B. LIEBERT, LUIS
ALBERTO MORENO, JILL S.
WYANT and DANIEL W.
YOHANNES,

        Defendants,

and

DOW INC.,

        Nominal Defendant.

Case No. 25-cv-12968-TLL-PTM
Hon. Thomas L. Ludington

## ORDER STAYING ACTION

This Court has reviewed the parties' *Stipulation to Stay Pending Resolution of Any Motion to Dismiss Filed in Related, Earlier-Filed Action* ("Stipulation"), and finds that the relief requested therein is appropriate.

1

Accordingly, it is hereby ORDERED that:

1. This action is stayed until disposition of any and all motions to dismiss filed in the related and earlier-filed securities class action currently pending before the Court under the caption *Sarti v. Dow Inc., et al.*, Case No. 1:25-cv-12744-TLL-PTM (E.D. Mich.); and

2. The stay of this action shall be subject to the terms and conditions relating to the stay that the parties agreed upon and are set forth at pages 3-5 of the Stipulation.

**IT IS SO ORDERED.**

Dated: October 15, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge